Michael HERRET, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. ED 75913.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 22, 2000.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rebecca M. Rivers, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J. and SHERRI B. SULLIVAN, J.

## *ORDER*

PER CURIAM.

Movant, Michael Herret[1], appeals from the judgment denying on the merits his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the motion court's judgment is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

1. Movant is also referred to as Michael Herret-el in the briefs and some legal documents.